# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:16-CR-326-LRH-CWH |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| EDEN DURAN, | |
| Defendant. | |

This Court found that Eden Duran shall pay the in personam criminal forfeiture money judgment of $960 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 201; Plea Agreement, ECF No. 203; Preliminary Order of Forfeiture, ECF No. 204.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $960 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Eden Duran the in personam criminal forfeiture money judgment of $960, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between the codefendants is not to exceed $14,577.65 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 1st day of July, 2019.

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE